People of the State of Illinois, Appellee, v. Billy W. Spencer, Appellant.

Gen. No. 47,376.

First District, First Division.
January 26, 1959.
Released for publication February 19, 1959.

Herbert M. Wetzel, and Edward F. Zahour (Demetri M. Spiro, of counsel) for appellant; Benjamin S. Adamowski, State's Attorney (Francis X. Riley, William L. Carlin, Assistant State's Attorneys, of counsel) for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.